AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia



FILED
Sep 03, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America

v.

Benjamin Martin,

*Defendant*

Case: 1:21-mj-00555
Assigned to: Judge Harvey, G. Michael
Assign Date: 8/6/2021
Description: COMPLAINT W/ ARREST WARRANT

1:21-MJ-00091 EPG

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Obstructing Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstructing or Impeding an Official Proceeding.

Date: 08/06/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.06 11:05:57 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:21-mj-00555 |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| Benjamin Martin, ▇▇▇ | ) | Assign Date: 8/6/2021 |
|  | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building; |
| 18 U.S.C. § 231(a)(3) | Obstructing Law Enforcement During Civil Disorder; |
| 18 U.S.C. § 1512(c)(2) | Obstructing or Impeding an Official Proceeding. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Connor Ledbetter*

*Complainant's signature*

Connor L. Ledbetter, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/06/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.06 11:07:32 -04'00'

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*