PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JOHN MARTIN,<br><br>Defendant. | Case No. 1:21-mj-00091-EPG<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND CLOSE EASTERN DISTRICT OF CALIFORNIA CASE; ORDER<br><br>DATE:  September 17, 2021<br>TIME:  2:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |

On September 2, 2021, the defendant, Benjamin John Martin, was arrested on a complaint issued by the District Court for the District of Columbia. On September 3, 2021, Mr. Martin made his initial appearance on the complaint in this District in Case No. 1:21-mj-00091-EPG and elected to have his Preliminary Hearing here. The Preliminary Hearing was scheduled for September 17, 2021. On September 8, 2021, Mr. Martin was indicted in the District Court for the District of Columbia in Case No. 1:21-cr-00562-RC.

Accordingly, the parties stipulate that the Preliminary Hearing set for September 17, 2021 in Case No. 1:21-mj-00091-EPG may be vacated and that Case No. 1:21-mj-00091-EPG may be

closed as further proceedings in this matter will be handled in the District Court for the District of Columbia in Case No. 1:21-cr-00562-RC.

Dated:  September 15, 2021

*/s/ Roger Nuttall*
ROGER NUTTALL
Counsel for Defendant Benjamin John Martin

Dated:  September 15, 2021

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

## **ORDER**

Upon the parties' stipulation and for good cause shown, the Preliminary Hearing scheduled for September 17, 2021, in Case No. 1:21-mj-00091-EPG is vacated and Case No. 1:21-mj-00091-EPG is closed because the defendant, Benjamin John Martin, has been indicted in the District Court for the District of Columbia in Case No. 1:21-cr-00562-RC and further proceedings in this matter will be held in that court.

IT IS SO ORDERED.

DATED: 9/15/2021

*/s/ Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE